**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DIANE MALLEY,**
**fka DIANE HERDADE,**

  Plaintiff,          Case No. 16-cv-14511

               Hon. Stephen J. Murphy, III

v.

**BUTLER, BUTLER &**
**ROWSE-OBERLE, PLLC,**

  Defendant.

---

### STIPULATED ORDER DISMISSING WITH PREJUDICE

Pursuant to Fed. Rule 41(a)(1)(i), the Parties hereto having so stipulated prior to an Answer being filed, Dianne Malley's claims against Defendant Butler, Butler & Rowse-Oberle, PLLC are dismissed in their entirety *with prejudice* and with the parties to bear their own costs and fees.

  **SO ORDERED**.

Dated: <u>January 26, 2017</u>         <u>s/Stephen J. Murphy, III</u>
                  STEPHEN J. MURPHY, III
                  United States District Court Judge